# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kronstadt, John A. | U.S. District Court for the Central District of California | 03/03/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

350 West 1st Street
Los Angeles, CA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #2 |
| 2. | Director and Member of Executive Committee | Constitutional Rights Foundation |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 03/03/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Los Angeles County Superior Court Salary and Benefits |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 03/03/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 03/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Horizons Mid Cap Equity Fund | D | Int./Div. | M | T | | | | | |
| 2. Horizons Large Cap Equity Fund | A | Int./Div. | J | T | | | | | |
| 3. Horizons Stable Income | A | Int./Div. | K | T | | | | | |
| 4. Los Angeles County Stable Balanced Fund | D | Int./Div. | N | T | | | | | |
| 5. Los Angeles County Stable Value Fund | A | Int./Div. | M | T | | | | | |
| 6. CGM Focus Fund CGMFX | B | Int./Div. | K | T | | | | | |
| 7. CGM Focus Fund CGMFX | C | Int./Div. | J | T | | | | | |
| 8. CGM Realty CGMRX | C | Int./Div. | K | T | | | | | |
| 9. Los Angeles County Horizons Non-US Equity | D | Int./Div. | M | T | | | | | |
| 10. Los Angeles County Horizons Small Cap Equity | D | Int./Div. | M | T | | | | | |
| 11. Los Angeles County Horizons Midcap Equity | E | Int./Div. | N | T | | | | | |
| 12. Los Angeles CountyHorizons Non US Equity | C | Int./Div. | L | T | | | | | |
| 13. Los Angeles County Horizons Small Cap Equity | C | Int./Div. | M | T | | | | | |
| 14. Los Angeles County Savings Large Cap Equity | F | Int./Div. | P1 | T | | | | | |
| 15. Los Angeles County Savings Balanced Fund | D | Int./Div. | N | T | | | | | |
| 16. Los Angeles County Horizons Stable Income Fund | A | Int./Div. | K | T | | | | | |
| 17. Cal. Judges Retirement System Pension Plan | | None | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 03/03/2019 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. University of California Savings Fund | A | Int./Div. | J | T | | | | | |
| 19. University of Calfornia Equity Fund | A | Int./Div. | K | T | | | | | |
| 20. TIAA CREF Stock | A | Int./Div. | J | T | | | | | |
| 21. TIAA CREF Global Equities | A | Int./Div. | J | T | | | | | |
| 22. TIAA CREF Growth | A | Int./Div. | J | T | | | | | |
| 23. TIAA CREF Equity Index | A | Int./Div. | J | T | | | | | |
| 24. Oppenheimer Advantage Bank Deposit Sweep Account | A | Int./Div. | L | T | | | | | |
| 25. State of California SMBIA Bonds | A | Int./Div. | K | T | | | | | |
| 26. State of Calfironia Public Works Board Bond | A | Int./Div. | K | T | | | | | |
| 27. Merrill Lynch Money Market | A | Int./Div. | | | Redeemed | 01/01/17 | J | A | |
| 28. Franklin California High Yield Municipal Fund | D | Int./Div. | N | T | | | | | |
| 29. Oppenheimer International Bond Fund OIBCX | B | Int./Div. | K | T | | | | | |
| 30. Vanguard Windsor II VWNFX Fund Investor Share | A | Int./Div. | J | T | | | | | |
| 31. PWRSH - PowerShares QQQ Trust | C | Int./Div. | N | T | | | | | |
| 32. ABT - Abbott Lab | A | Int./Div. | J | T | | | | | |
| 33. AXP - American Express | A | Int./Div. | K | T | | | | | |
| 34. AMGN - Amgen | B | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 03/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. T - AT&T | A | Int./Div. | J | T | | | | | |
| 36. CVX - Chevron | A | Int./Div. | K | T | | | | | |
| 37. XOM - Exxon Mobil | A | Int./Div. | K | T | | | | | |
| 38. ESRX - Express Scripts | A | Int./Div. | J | T | | | | | |
| 39. MSFT - Microsoft | A | Int./Div. | K | T | | | | | |
| 40. MON - Monsanto | A | Int./Div. | J | T | | | | | |
| 41. PG - Proctor Gamble | A | Int./Div. | K | T | | | | | |
| 42. SJM - JM Smucker | A | Int./Div. | J | T | | | | | |
| 43. UPS | A | Int./Div. | J | T | | | | | |
| 44. WMT - Wal Mart | A | Int./Div. | K | T | | | | | |
| 45. Vanguard 529 College Savings Plan Agressive Age-Based Option | A | Int./Div. | K | T | | | | | |
| 46. QCOM - Qualcomm | A | Int./Div. | K | T | | | | | |
| 47. Vanguard Health Care VGHCX | A | Int./Div. | K | T | | | | | |
| 48. Vanguard Windsor II VWNFX | A | Int./Div. | J | T | | | | | |
| 49. Vanguard Money Market VMMXX | A | Int./Div. | K | T | | | | | |
| 50. Union Bank Investment Services Sweep Account | A | Int./Div. | L | T | | | | | |
| 51. American Funds Money Market Fund 529-B | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 03/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American Funds Balanced Fund 529-E | A | Int./Div. | J | T | | | | | |
| 53. San Francisco City and County Redevelopment Bonds | B | Int./Div. | K | T | | | | | |
| 54. Bruce Fund Mutual Fund | A | Int./Div. | K | T | | | | | |
| 55. Northwest Mutual Whole Life Insurance | C | Int./Div. | M | T | | | | | |
| 56. Lincoln Financial Group American Legacy II Variable Annuity | | None | M | T | | | | | |
| 57. Putnam Hartford Capital Manager Variable Annuity | | None | L | T | | | | | |
| 58. Round Hill Partnership (Real Property) | D | Distribution | L | W | | | | | |
| 59. Union Bank of California Cash Account | A | Int./Div. | L | T | | | | | |
| 60. Wellsley Income Fund VWINX | B | Int./Div. | K | T | | | | | |
| 61. Vanguard 500 Index Fund VFIAX | F | Int./Div. | M | T | | | | | |
| 62. - Round Hill Partnership (Real Estate) Appraisal 12/30/2009 | D | Distribution | M | Q | | | | | |
| 63. - Country Club Offices Part. (Reat Est.) Appraisal 12/30/09 | A | Distribution | J | Q | | | | | |
| 64. - Penn Center Limited Part. (Real Est.) Appraisal 12/30/09 | D | Distribution | M | Q | | | | | |
| 65. - Potomac Place Assoc. Part. (Real Est.) Appraisal 12/30/09 | D | Distribution | L | Q | | | | | |
| 66. MetLife Insurance (H) | | None | J | T | | | | | |
| 67. _ Brighthouse/Aberdeen Emerging Markets Equity Portfolio | | None | J | T | | | | | |
| 68. _MetLife Russell 2000 | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 03/03/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. _Deutsche CROCI Int'l VIP | | None | J | T | | | | | |
| 70. _Deutsche Gov't Money Market VIP | | None | J | T | | | | | |
| 71. _Fidelity Contrafund Portfolio | | None | J | T | | | | | |
| 72. _Fidelity Equity-Income Portfolio | | None | J | T | | | | | |
| 73. _Fidelity Freedom 2010 Portfolio | | None | J | T | | | | | |
| 74. _Fidelity Freedom 2020 Portfolio | | None | J | T | | | | | |
| 75. _Fidelity Freedom 2030 Portfolio | | None | J | T | | | | | |
| 76. _Fidelity Freedom 2040 Portfolio | | None | J | T | | | | | |
| 77. _Fidelity Freedom 2050 Portfolio | | None | J | T | | | | | |
| 78. _Fidelity Growth Portfolio | | None | J | T | | | | | |
| 79. _Fidelity Index 500 Portfolio | | None | J | T | | | | | |
| 80. _Fidelity Mid Cap Portfolio | | None | J | T | | | | | |
| 81. _MFS Global Equity Series | | None | J | T | | | | | |
| 82. _MFS Growth Series | | None | J | T | | | | | |
| 83. _Putnam VT Equity Income Fund | | None | J | T | | | | | |
| 84. _Putnam VT Growth Opportunities Fund | | None | J | T | | | | | |
| 85. _Putnam VT High Yield Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 03/03/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. _Putnam VT Income Fund | | None | J | T | | | | | |
| 87. _Putnam VT Sustainable Leaders Fund | | None | J | T | | | | | |
| 88. _T. Rowe Price New America Growth Portfolio | | None | J | T | | | | | |
| 89. _T. Rowe Price Personal Strategy Balanced Portfolio | | None | J | T | | | | | |
| 90. _ T. Rowe Price Limited-Term Bond Portfolio | | None | J | T | | | | | |
| 91. Met Life Variable Annuity * Balance Plus Portfolio | | None | O | T | | | | | |
| 92. One America Asset Care Long Term Care | C | Distribution | M | T | Distributed (part) | 08/29/17 | J | C | |
| 93. Trust #2 (H) | | | | | | | | | |
| 94. Davenport & Co. Prime Cash Trust | A | Int./Div. | J | T | | | | | |
| 95. ASPCX - Alger Spectra | D | Dividend | M | T | | | | | |
| 96. TEGBX - Templeton Global Bond | C | Dividend | L | T | | | | | |
| 97. ODVCX - Oppenheimer Developing Markets | | None | L | T | | | | | |
| 98. AFJCX - Allianz GI NFL | A | Dividend | L | T | | | | | |
| 99. MCLVX - Black Rock Large Cap | C | Dividend | M | T | | | | | |
| 100. HFOCX - Henderson Int'l Opportunity | B | Dividend | M | T | | | | | |
| 101. FCAHX - Franklin CA High Yield | D | Dividend | N | T | | | | | |
| 102. RDSA - Royal Dutch Shell | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 03/03/2019 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Pacific Life Annuity * American Funds Asset Allocation | | None | P1 | T | | | | | |
| 104. FKINX Franklin Income Fund | C | Int./Div. | L | T | | | | | |
| 105. Intel | A | Int./Div. | K | T | | | | | |
| 106. Abbvie | A | Int./Div. | K | T | | | | | |
| 107. Kopernik GLB Allcap Institutional | C | Int./Div. | M | T | | | | | |
| 108. Pimco Income P | C | Int./Div. | L | T | | | | | |
| 109. AQR Managed Futures Strategy 1 | A | Int./Div. | L | T | | | | | |
| 110. Los Angeles County Bank Depository Fund | A | Dividend | J | T | | | | | |
| 111. VCTXX CA Muni Money Market Fund | A | Int./Div. | J | T | Open | 12/29/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 03/03/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 6, 7, 8: Allianz, Black Rock and Henderson assets listed in previous reports were duplicates to Lines 83, 84, 85 and were deleted.

Lines 49 and 50: Home Deport and Texas Instruments assets listed in previous reports should not have been included, the stocks were not owned and have been deleted.

Line 79: Value inadvertantly reported in 2016 as L, should have been O.

Lines 66-90: MetLife is not able to provide individual values for these assets; the value is listed as a percentage of the total. The total cash value of this policy is $396.92.

| Name of Person Reporting | Date of Report |
|---|---|
| Kronstadt, John A. | 03/03/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John A. Kronstadt**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544